In the Matter of ARIA L., an Infant. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WESLEY C., Appellant, et al., Respondent. [978 NYS2d 691]—

The Family Court's determination that the father neglected his infant daughter due to his drug use was supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]; § 1046 [b] [I]). The evidence established, inter alia, that the father had a criminal history of drug possession, including an arrest six months before the child was born, and that during the pendency of the neglect proceeding, he tested positive for cocaine (*see Matter of Tylasia B. [Wayne B.],* 72 AD3d 1074 [2010]; *Matter of Issiah C.,* 24 AD3d 438 [2005]; Family Ct Act § 1046 [a] [iii]). Dillon, J.P., Dickerson, Austin and Sgroi, JJ., concur.